NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RASHAD M. HALES,                              )
                                             )
              Appellant,                      )
                                             )
v.                                            )        Case No. 2D18-457
                                             )
STATE OF FLORIDA,                             )
                                             )
              Appellee.                       )
                                             )
_____           )

Opinion filed November 30, 2018.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Rashad M. Hales, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

              Affirmed.

NORTHCUTT, MORRIS, and BLACK, JJ., Concur.